FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN - 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Symington, Thomas James <br><br> Defendant. | Case No.: SACR 03-163-JVS <br> SACR 03-268-JVS <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CDCA__, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __backgrd info unknown; unknown bail resources; conduct in failing to comply w/ conds of cdt supervision; evid of on-going substance abuse problem, despite completion of treatment programs on prior occasions__

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _criminal history record; substance abuse history_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 1/5/10

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE